**Larry L. Linder, OSB #010724**
llinder@salememploymentlawyer.com
**Douglas J. Davis, OSB #140577**
ddavis@salememploymentlawyer.com
The Law Office of Larry L. Linder, LLC
3000 Market St. NE, Ste. 150
Salem, OR 97301
Tel: (503)585-1804
Fax: (503)585-1834
Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **KELSEA LUEBBERS,** | Case No. 6:14-cv-1994-TC |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **ST. CHARLES HEALTH SYSTEM, INC., a Domestic Non-Profit Corporation, dba PIONEER MEMORIAL HOSPITAL, and KENT TIMMONS, an individual,** | |
| Defendants. | |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Kelsea Luebbers, by her counsel, Larry Linder, co-Defendant Kent Timmons, by his counsel Russell D Bevans, and co-Defendant St. Charles Health System, dba Pioneer Memorial Hospital, by its

///

///

Page 1   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

counsel, Maryann Yelnosky, hereby stipulate that the claims in this case are dismissed with prejudice and without costs or attorneys' fees to any party.

| | |
|---|---|
| BULLARD LAW | LAW OFFICES OF LARRY L. LINDER, LLC |
| s/Maryann Yelnosky<br>Maryann Yelnosky, OSB No. 863200<br>Of Attorneys for Defendant<br>St. Charles Health System, Inc. | s/Larry L. Linder<br>Larry L. Linder, OSB No. 010724<br>Of Attorneys for Plaintiff |
| DATED: September 29, 2015 | DATED: September 29, 2015 |

BEVANS & COOPER LLC

s/Russell D. Bevans
Russell D. Bevans, OSB No. 730280
Of Attorneys for Defendant Kent Timmons

DATED: September 29, 2015

It is so ordered this 22 day of JUNE 2016.

_____
Thomas M. Coffin, U.S. Magistrate Judge

Page 2   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE